In the Matter of the Application of MATTHEW FERRARA, Petitioner, against THE STATE LIQUOR AUTHORITY, NEW YORK CITY ALCOHOLIC BEVERAGE CONTROL BOARD and HENRY E. BRUCKMAN, Respondents.— Proceeding, brought pursuant to article 78 of the Civil Practice Act, to annul the determination of the State Liquor Authority, which refused to grant petitioner a license to sell wines and beer for on-premises consumption in his restaurant in Brooklyn. The petitioner urges that the disapproval of his application was arbitrary, capricious and unreasonable. Determination unanimously confirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Petition of ANNIE HELLER and MITCHELL M. HELLER, as Executors and Trustees, etc., of GEORGE HELLER, Deceased, Respondents, to Prove the Last Will and Testament of GEORGE HELLER, Late of the County of Kings, Deceased. BERNARD HELLER, Petitioner, Appellant.— The petitioner, one of the sons of the testator, George Heller, deceased, executed a waiver and consent to admit the will to probate. Two months after probate he petitioned the court for leave to withdraw and cancel the waiver and to make objections to the probate of the will. Order of the Surrogate's Court of Kings county denying the prayer of the petition affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Davis, Adel, Taylor and Close, JJ., concur.